**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 11-cv-02710-WJM-MEH

ELIZABETH E. LUCHANSKY,

    Plaintiff,

v.

ACCOUNT BROKERS OF LARIMER COUNTY, INC., a Colorado corporation

    Defendant.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS**
_____

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss With Prejudice filed on February 20, 2012 (ECF No. 12). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 21st day of February, 2012.

                                          BY THE COURT:

                                          _____
                                          William J. Martínez
                                          United States District Judge